

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2022

No. 04-22-00545-CR

Santos Javier **LOPEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-0276-CR
Roland Andrade, Judge Presiding

# O R D E R

Appellant filed a motion for extension of time to file his notice of appeal. The clerk's record shows that appellant filed the motion and his notice of appeal within fifteen days after the deadline for filing the notice of appeal as required by Rule 26.3. *See* TEX. R. APP. P. 26.3. Therefore, appellant's motion for extension of time to file his notice of appeal is GRANTED. *See id.*

As previously ordered, the reporter's record is due on or before **November 14, 2022**. Appellant's brief is due 30 days after the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court